# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG BOSTON, | : | NO.: 2:20-cv-01980-GJP |
| Plaintiff | : | |
| | : | CIVIL ACTION – LAW |
| v. | : | |
| | : | JUDGE GERALD J. PAPPERT |
| BUCKS COUNTY; | : | |
| PRIMECARE MEDICAL, INC.; | : | *Electronically Filed* |
| ABBEY CASSIDY, Psy.D.; | : | |
| JESSICA MAHONEY, Psy.D.; | : | |
| WARDEN PAUL LAGANA; | : | |
| ACTING WARDEN DAVID GALIONE; | : | |
| SERGEANT MASON; and | : | |
| CORRECTIONAL OFFICER MONOHAN, | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## STIPULATION OF COUNSEL FOR DISMISSAL
## OF INDIVIDUAL PRIMECARE AND BUCKS COUNTY DEFENDANTS

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims as asserted against **Defendants Abbey Cassidy, Psy.D., Jessica Mahoney, Psy.D., Warden Paul Lagana, Acting Warden David Galione, Sergeant Mason, and Correctional Officer Monohan** are hereby **DISMISSED WITH PREJUDICE,** without costs and each side bearing their own attorneys' fees. The claims against PrimeCare Medical, Inc. and Bucks County are not affected by this dismissal.

s/ *Susan M. Lin*
Susan M. Lin, Esquire
PA Attorney ID No. 94184
Kairys Rudovsky Messing & Feinberg, LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
Telephone: (215) 925-4400
Fax: (215) 925-5365
slin@krlawphila.com
*Attorney for Plaintiff*

s/ *Matthew A. Feldman*
Matthew A. Feldman, Esquire
PA Attorney I.D. No. PA 326273
PA Institutional Law Project
718 Arch Street, Suite 304S
Philadelphia, PA 19106
Telephone: 215-925-2966
Fax: 215-925-5337
mfeldman@pailp.org
*Attorney for Plaintiff*

s/ *John R. Ninosky*
_____
John R. Ninosky, Esquire
PA Attorney ID No. 78000
Marshall Dennehey Warner
  Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
Telephone: (717) 651-3709
Fax: (717) 651-3707
jrninosky@mdwcg.com
*Attorney for PrimeCare Defendants*

s/ *Keith J. Bidlingmaier*
_____
Keith J Bidlingmaier, Esquire
Assistant County Solicitor
Attorney I.D. No. 87776
55 East Court Street
Doylestown, PA 18901
Telephone: 215-348-6464
kjbidlingmaier@buckscounty.org
*Attorney for Bucks County Defendants*

Dated: March 10, 2022

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of March, 2022, the foregoing *Stipulation of Dismissal* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Susan M. Lin, Esquire<br>Kairys Rudovsky Messing Feinberg<br>  & Lin, LLP<br>The Cast Iron Building<br>718 Arch Street, Suite 501 South<br>Philadelphia, PA 19106<br>slin@krlawphila.com<br>*Attorney for Plaintiff* | Matthew A. Feldman, Esquire<br>PA Institutional Law Project<br>718 Arch Street, Suite 304 South<br>Philadelphia, PA 19106<br>mfeldman@pailp.org<br>*Attorney for Plaintiff* |
| Keith J. Bidlingmaier, Esquire<br>Assistant County Solicitor<br>Bucks County Law Department<br>54 East Court Street<br>Doylestown, PA 18901<br>kjbidlingmaier@buckscounty.org<br>*Attorney for all Bucks County Defendants* | |

                                            MARSHALL DENNEHEY WARNER
                                            COLEMAN & GOGGIN

                  By:    *s/ John R. Ninosky*
                                 John R. Ninosky