IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG BOSTON,<br><br>   *Plaintiff,*<br><br>v.<br><br>PRIMECARE INC., et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 20-1980 |

## **ORDER**

**AND NOW**, this 22nd day of March 2022, upon consideration of Plaintiff Craig Boston's March 21 correspondence, it is hereby **ORDERED** that the above-captioned case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

              BY THE COURT:

              ***/s/ Gerald J. Pappert***
              GERALD J. PAPPERT, J.